10 10

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:96-CR-315-02 |
| DEFENDANT | TYPE OF PROCESS |
| Kenneth Wayne McKay | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Suzanne Tally
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2720 Harmon Drive, Grapevine, Texas 76051

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Megan J. Fahey
Assistant United States Attorney
801 Cherry Street, Unit #4
Fort Worth, Texas 76102

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Serve Suzanne Tally with the: Subpoena for Deposition.
Alternate Service Address: Brookhaven Community College (Nursing Program)
3939 Valley View Lane, Farmers Branch, TX 75244   Telephone: 972.860.4700
For further assistance please contact Lee Elder, Jr. at 817-252-5448 or email at lee.m.elder@usdoj.gov.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 817.252.5200
DATE: MAY 0 1 2013

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 77 | 77 | Michael D. [sig] | 5/2/13 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 17 May    Time: 1010    ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: Mark C. [sig]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 165.00 | 57.06 | 0 | 222.06 | 0 | $0.00 |

REMARKS: 1st 7 May 9May @ 3939 Valleyview Farmers Branch TX  2nd 11:20th 9May @ 2720 Harmon Drive Grapevine TX — 55 mis R/T
3rd 17 May 2013/1010 Hrs; personal service at 2720 Harmon Drive Grapevine TX 76051 — 46 mis R/T

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

5/2/13
Fwd to Fort Worth